FILED
04 JUN 17 PM 4:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

BOMBARDIER CAPITAL, INC.
a corporation,

      Plaintiff,

vs.

AMERICAN MANUFACTURED HOMES,
INC.; LINDA LAMINACK, and
KELLY LAMINACK,

      Defendants.

ENTERED
JUN 17 2004

Civil Action Number
04-C-0367-W

## FINDINGS OF FACT AND CONCLUSIONS OF LAW
## ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT
## AMERICAN MANUFACTURED HOMES, INC.

*A. Findings of Fact*

1. Plaintiff Bombardier Capital, Inc., filed the complaint in this action on February 24, 2004.

2. Defendant American Manufactured Homes, Inc., ("AMHI") was properly served with the Summons and Complaint on February 27, 2004.

3. Defendant AMHI is not an incompetent, infant, or member of the United States Armed Services.

4. The Clerk of this Court entered default against Defendant AMHI on April 29, 2004.

5. Defendant AMHI is indebted to Plaintiff in the principal sum of $ 126,983.65, plus $ 3,465.09 in past due finance charges.

*B. Conclusions of Law*

Plaintiff is entitled to a default judgment against Defendant American Manufactured Homes, Inc., in the amount of $ 130,448.74.

By separate order, a final default judgment against Defendant American Manufactured Homes, Inc., will be entered.

The case will proceed against the remaining Defendants.

DONE this 17th day of June, 2004.

Chief United States District Judge
U.W. Clemon